UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE LOWER MANHATTAN DISASTER SITE LITIGATION

EMENEGILDO ESPEJO,

                Plaintiffs,

- against -

CROWN BROADWAY, LLC, CROWN PROPERTIES, INC, 120 BROADWAY, LLC, 120 BROADWAY PROPERTIES, LLC, SILVERSTEIN PROPERTIES, INC., 120 BROADWAY HOLDING, LLC, AMERICAN INTERNATIONAL REALTY CORP, RECTOR OF TRINITY CHURCH, BROOKFIELD FINANCIAL PROPERTIES, LP, BLACKMON-MOORING-STEAMATIC CATASTOPHE, NC. d/b/a BMS CAT,

                Defendants.

**AFFIDAVIT OF PERSONAL SERVICE**

DOCKET NO.
**07 CIV 8311**

Judge Hellerstein

STEPHANIE LOPEZ, being duly sworn, deposes and says:

I am over 18 years of age, I am not a party to the action, and I reside in Bronx County in the State of New York.

That on the 8th day of January, 2008 at approximately 3:00 p.m.. at 74 Trinity Place, 22nd Floor, New York, New York 10006, deponent served the within copy of the Summons and Complaint upon Rector of Trinity Church, by delivering thereat a true copy of same to Lilan Martir, assistant to CFO Steve Duggan, an individual of suitable age and discretion. Deponent describes person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows: **Female White, White skin, brown, approx. 35-40, height approx. 5'3"-5'6"**

                *Stephanie Lopez*
                Stephanie Lopez

Sworn to before me this
8th day of January, 2008

_____
Notary public

BEATRIZ DOLORES ARANA
Notary Public, State of New York
No. 01AR6132940
Qualified in Queens County
Commission Expires August 29, 20 09