X:\cases\CP52319\lm\LEGAL\SMH\Notice of Adoption

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

EMENEGILDO ESPEJO,

                Plaintiff,

      -against-

CROWN BROADWAY, LLC, CROWN
PROPERTIES, INC., 120 BROADWAY, LLC,
120 BROADWAY PROPERTIES, LLC,
SILVERSTEIN PROPERTIES, INC., 120
BROADWAY HOLDING, LLC, AMERICAN
INTERNATIONAL REALTY CORP., RECTOR OF
TRINITY CHURCH, BROOKFIELD FINANCIAL
PROPERTIES, LP, BLACKMON-MOORING-
STEAMATIC CATASTOPHE, NC, d/b/a BMS CAT,

                Defendant.
-------------------------------------------------------------X

DOCKET NO.
07 CIV 8311

NOTICE OF ADOPTION
OF CHECK-OFF
COMPLAINT RELATED
TO THE MASTER
COMPLAINT

**(FILED ELECTRONICALLY)**

      PLEASE TAKE NOTICE that defendants, CROWN BROADWAY, LLC and

CROWN PROPERTIES, INC. ("CROWN"), as and for its response to the allegations set

forth in the Complaint by adoption or Check-Off Complaint related to the Master

Complaint filed herein and applicable to the above-captioned matter hereby adopts all of

the responses and all of the affirmative defenses contained in the Answer to the Master

Complaint dated, filed and served September 21, 2007, *In re World Trade Center Lower*

*Manhattan Disaster Site Litigation*, 21MC 102 (AKH). The responses to all of the

allegations in the Master Complaint are adopted herein and are applicable to the Check-

Off Complaint served and filed herein. Defendants, CROWN, also adopt the responses

contained in any Amended Answer filed and served herein.

PLEASE TAKE FURTHER NOTICE that defendants, CROWN, reserve the right to serve and file an amended answer and specifically reserves the right to interpose a cross claim against any and all co-defendants.

PLEASE TAKE FURTHER NOTICE that defendants, CROWN, also adopt all affirmative defenses and jury demand herein.

WHEREFORE, CROWN, demands judgment dismissing the above-captioned action as against each of them, together with their costs and disbursements.

Dated:      New York, New York
            March 12, 2008

                                        Yours, etc.,

                                        BARRY, McTIERNAN & MOORE

                                    By: _____
                                        Suzanne M. Halbardier
                                        Attorneys for Defendants
                                        CROWN BROADWAY, LLC and
                                        CROWN PROPERTIES, INC.
                                        2 Rector Street, 14th Floor
                                        New York, NY  10006
                                        (212) 313-3600


TO:     OSHMEN & MIRISOLA, LLP
        Attorneys for Plaintiff
        42 Broadway, 10th Floor
        New York, NY  10004
        (212) 233-2100

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK          )
                           ) §:
COUNTY OF NEW YORK   )


**La VERNE McHENRY**, being duly sworn, deposes and says:  I am not a party to

this action, am over 18 years of age and reside in Brooklyn, New York.

That on the 13th day of March, 2008 a true copy of the annexed **NOTICE OF**

**ADOPTION**   was served in the following manner upon:

> OSHMEN & MIRISOLA, LLP
> Attorneys for Plaintiff
> 42 Broadway, 10th Floor
> New York, NY  10004


by mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office

or official depository of the U.S. Postal Service within the State of New York, addressed

to the last known address of the addressee(s) as indicated above.

_La VERNE McHENRY_

Sworn to before me this
13th day of March, 2008.

_Notary Public_

AVONELLE GREENE
Commissioner of Deeds City of New York
No. 3-6955
Qualified in New York County
Commission Expires July 1, 09

**21 MC 102 (AKH)**
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------------------

EMENEGILDO ESPEJO,

                                 Plaintiff,

          -against-

CROWN BROADWAY, LLC, CROWN
PROPERTIES, INC., 120 BROADWAY, LLC,
120 BROADWAY PROPERTIES, LLC,
SILVERSTEIN PROPERTIES, INC., 120
BROADWAY HOLDING, LLC, AMERICAN
INTERNATIONAL REALTY CORP., RECTOR OF
TRINITY CHURCH, BROOKFIELD FINANCIAL
PROPERTIES, LP, BLACKMON-MOORING-
STEAMATIC CATASTOPHE, NC, d/b/a BMS CAT,

                                 Defendants.

=====================================================================

**NOTICE OF ADOPTION**

=====================================================================

**PLEASE TAKE NOTICE**

[   ]
**notice of**          that the within is a (certified) true copy of an
**entry**              entered in the office of the clerk of the within named Court on _____.

[   ]
**notice of**          that a Proposed Order of which the within is a true copy will be presented
**settlement**         for settlement before the Honorable _____ one of the judges of
                       the within named Supreme Court, _____ County, _____,
                       at 9:30 a.m. on the _____ day of _____.

Dated:    New York, New York
          March 12, 2008

                              _____
                              Suzanne M. Halbardier, Esq.
                              BARRY, McTIERNAN & MOORE
                              Attorneys for Defendant
                              CROWN PROPERTIES, INC.
                              2 Rector Street - 14th Floor
                              New York, New York  10006
                              (212) 313-3600
                              File No.:  CP52319